IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-cv-31-D

| | |
|---|---|
| HAFF POULTRY, INC., et al., )<br>    *Plaintiffs,* )<br>)<br>v. )<br>)<br>KOCH FOODS, INC., et al. )<br>    *Defendants.* )<br>) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned LARRY D. LAHMAN hereby enters a notice of special appearance as counsel for Plaintiffs, in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David Wilkerson.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: March 13, 2018.
    */s/ Larry D. Lahman*
    Larry D. Lahman
    MITCHELL DECLERCK
    202 West Broadway
    Enid, Oklahoma 73701
    Tel  (580) 234-5144
    Fax (580) 234-8890
    larry.lahman@sbcglobal.net
    OK Bar No. 5166
    Attorney for Plaintiffs

    */s/ David M. Wilkerson*
    David M. Wilkerson
    The Van Winkle Law Firm
    11 N. Market Street
    Asheville, NC 28801
    Tele:   (828) 258-2991
    Fax:    (828) 258-2767
    Email: dwilkerson@vwlawfirm.com
    NC Bar. No. 35742
    Local Civil Rule 83.1(d)
    Counsel for Plaintiffs