UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HAFF POULTRY, INC.; NANCY BUTLER; JOHNNY UPCHURCH; JONATHAN WALTERS; MYLES B. WEAVER; MELISSA WEAVER; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOCH FOODS, INC.; KOCH MEAT CO, INC., d/b/a KOCH POULTRY CO.; SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); and SANDERSON FARMS, INC. (PRODUCTION DIVISION),<br><br>Defendants. | No. 7:18-cv-00031-D |

### ORDER ON DEFENDANTS' CONSENT MOTION
### TO STAY PROCEEDINGS PENDING DECISION ON MDL TRANSFER

Upon Defendants' Consent Motion to Stay Proceedings Pending Decision on MDL Transfer, with Plaintiffs' consent and for good cause shown:

IT IS HEREBY ORDERED that further proceedings in this case, including the deadlines for responsive pleadings, are stayed pending a decision on the transfer of the case by the Judicial Panel on Multidistrict Litigation.

SO ORDERED. This 27 day of March 2018.

JAMES C. DEVER III
Chief United States District Judge